No. 73–5756.   LEWIS v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 73–5763.   DUKES v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 73–5764.   IN RE SPOTT.   Sup. Ct. Ohio.   Certiorari denied.

No. 73–5766.   STAMPER, AKA STAFFORD v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 73–5771.   WHITE v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 73–5783.   CLEMENTS v. FLORIDA.   Sup. Ct. Fla. Certiorari denied.

No. 73–5790.   COZAD v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 73–5791.   LENZE v. UNITED STATES; and
No. 73–5799.   BUSBY v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 73–5801.   MARZETTE v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 73–5830.   DeMARRIAS v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 73–5831.   FARRIES v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 73–5840.   SMITH v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 73–5851.   SUMMERS v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.